**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE MCNEESE,<br><br>               Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>               Defendant. | Case No. 2:21-cv-01183-JCM-NJK<br><br>**ORDER GRANTING STIPULATION EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(FIRST REQUEST)** |

      Plaintiff Bonnie McNeese ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

      1.    On June 22, 2021, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 15, 2021.

      2.    On July 15, 2021, counsel for Trans Union communicated with Plaintiff's counsel regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

      3.    The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The

additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

4. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 12, 2021. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 15th day of July 2021.

**Quilling Selander Lownds Winslett & Moser, P.C.**

*/s/ Jennifer Bergh*

Jennifer Bergh
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**Krieger Law Group, LLC**

*/s/ Shawn W. Miller*

David H. Krieger
dkrieger@kriegerlawgroup.com
Shawn W. Miller
smiller@kriegelawgroup.com
Krieger Law Group, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
(702) 848-3855
***Counsel for Plaintiff***

## ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated : July 16, 2021

**UNITED STATES MAGISTRATE JUDGE**

2