# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE MCNEESE,<br><br>         Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>         Defendant. | Case No.: 2:21-cv-01183-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than October 5, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: September 28, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1