1  **JENNIFER BERGH**
Nevada Bar No. 14480
2  **QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
3  2001 Bryan Street, Suite 1800
Dallas, Texas 75201
4  (214) 560-5460
(214) 871-2111 Fax
5  jbergh@qslwm.com
6  *Counsel for Trans Union LLC*

7  **Designated Attorney for Personal Service**
Kurt Bonds, Esq., Nevada Bar No.: 6228
8  6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
9

10

11               IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEVADA
12

13  BONNIE MCNEESE,                        Case No. 2:21-cv-01183-JCM-NJK

14                     Plaintiff,

15  v.                                     **STIPULATION AND ORDER OF**
                                           **DISMISSAL WITH PREJUDICE AS TO**
16  TRANS UNION, LLC,                      **DEFENDANT TRANS UNION, LLC**

17                     Defendants.

18        Plaintiff Bonnie McNeese, and Defendant Trans Union LLC file this Stipulation of

19  Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

20        There are no longer any issues in this matter between Bonnie McNeese and Trans Union

21  LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims

22  and causes of action that were or could have been asserted against Trans Union LLC are hereby

23  dismissed with prejudice, with court costs to be paid by the party incurring same.

24

25                     .

26
                                 **IT IS SO ORDERED** March 30, 2022.
27
                                 _____
28                               **HONORABLE JAMES C. MAHAN**
                                 UNITED STATE DISTRICT JUDGE

5297003.1

1

2

3

| | |
|---|---|
| /s/ Jennifer Bergh | /s/ Miles N. Clark |

4

Jennifer Bergh

David H. Krieger

5

Nevada Bar No. 14480

dkrieger@kriegerlawgroup.com

bergh@qslwm.com

Krieger Law Group, LLC

6

Quilling Selander Lownds

5502 S. Fort Apache Road, Suite 200

7

Winslett & Moser, P.C.

Las Vegas, NV 89148

2001 Bryan Street, Suite 1800

(702) 848-3855

8

Dallas, Texas 75201

and

(214) 560-5460

Miles N. Clark

9

(214) 871-2111 Fax

miles.clark@knepperclark.com

and

Knepper & Clark LLC

10

Kurt R. Bonds

5510 So. Fort Apache Rd., Suite 30

efile@alversontaylor.com

Las Vegas, NV 89148

11

Alverson Taylor & Sanders

(702) 856-7430

12

6605 Grand Montecito Parkway, Suite 200

(702) 447-8048 Fax

Las Vegas, NV 89149

and

13

(702) 384-7000

Shawn Wayne Miller

(702) 385-7000 Fax

smiller@kriegerlawgroup.com

14

and

Krieger Law Group, LLC

Trevor Waite

5502 S. Fort Apache Road, Suite 200

15

twaite@fabianvancott.com

Las Vegas, NV 89148

16

Fabian VanCott

(702) 848-3855

411 E. Bonneville Avenue, Suite 400

**Counsel for Plaintiff**

17

Las Vegas, NV 89101

(702) 333-4912

18

(877) 898-1168 Fax

**Counsel for Trans Union LLC**

19

20

21

22

23

24

25

26

27

28

5297003.1

1